No. 88–5110.  BRYCE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–5111.  WASHINGTON *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–5116.  WOOLSTRUM *v.* OREGON STATE BOARD OF PAROLE.  Ct. App. Ore.  Certiorari denied.

No. 88–5117.  NOTTINGHAM *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–5118.  SIMON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–5119.  SWINSON *v.* UNITED STATES PAROLE COMMISSION.  C. A. 4th Cir.  Certiorari denied.

No. 88–5120.  TAYLOR *v.* DESMOND ET AL.  C. A. 3d Cir. Certiorari denied.

No. 88–5121.  SYKES *v.* SULLIVAN, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 88–5122.  RICHTER *v.* INTERNAL REVENUE SERVICE. C. A. 2d Cir.  Certiorari denied.

No. 88–5123.  PRANTIL *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 88–5124.  NASH *v.* MAYFIELD.  C. A. 4th Cir.  Certiorari denied.

No. 88–5129.  KELLY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 88–5130.  AMOS *v.* MINNESOTA ET AL.  C. A. 8th Cir. Certiorari denied.

No. 88–5132.  COUTURE *v.* LOPES, WARDEN, ET AL.  C. A. 2d Cir.  Certiorari denied.